# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**FRANCISCO GARCIA**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 05M-1171-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 14, 2005,** in **Suffolk** County, in the District of **Massachusetts** defendant did, (Track Statutory Language of Offense)

knowingly and intentionally and unlawfully import into the United States from a place outside thereof, over 500 grams of heroin, a Schedule I controlled substance.

in violation of Title ____21____ United States Code, Section(s) ____952(a) and 960____.

I further state that I am a(n) **U.S. ICE Special Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of Special Agent G. Ryan Arnold

Continued on the attached sheet and made a part hereof:    X Yes    ☐ No

_____
Signature of Complainant
G. Ryan Arnold
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

March 15, 2005
Date

Boston, Massachusetts
City and State

**JUDITH G. DEIN**
**UNITED STATES MAGISTRATE JUDGE**

_____
Signature of Judicial Officer

Name and Title of Judicial Officer