AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Francisco Garcia

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05M-1071-JGD

I, _Francisco Garcia_, charged in a ☒ complaint ☐ petition

pending in this District of _Massachusetts_

in violation of _21 USC_, U.S.C., _952(a) and 960_

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_Francisco Garcia_
Defendant

_3/18/05_
Date

_[signature]_
Counsel for Defendant