UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **05CR 10090 PL** |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| FRANCISCO GARCIA, | ) | 21 U.S.C. §§ 952(a) and |
| | ) | 960(a) - Importation of Heroin |
| Defendant. | ) | |
| | ) | 21 U.S.C. § 853 - Criminal |
| | ) | Forfeiture Allegation |

## INDICTMENT

**COUNT ONE:**   (Title 21, United States Code, Sections 952(a) and 960(a) - Importation of Heroin)

The Grand Jury charges that:

On or about March 15, 2005, at Boston, in the District of Massachusetts,

**FRANCISCO GARCIA,**

defendant herein, did knowingly and intentionally import into the customs territory of the United States from a place outside thereof, namely, Domincan Republic, heroin, a Schedule I controlled substance.

The Grand Jury further charges that the amount imported involved at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(2)(A) is applicable to this count.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a).

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One of this Indictment,

**FRANCISCO GARCIA,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, U.S.C., Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Susan M. Poswistilo
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; March 31, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

2:05PM
3/31/05

JS 45 (5/97) - (Revised USAO MA 6/2004)

05 CR 10090 PBS

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** US ICE

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   05M-1071-JGD
Search Warrant Case Number   05M-1072-JGD
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name   Fransisco Garcia          Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   C/Laguna 343, Villa Palmeras, San Tuirce, Puerto Rico

Birth date (Year only): 1968   SSN (last 4 #): ____   Sex M   Race: Hispanic   Nationality: Dominican

Defense Counsel if known:   James Budreau          Address: Oteri, Weinberg & Lawson
                                                              20 Park Plaza, Boston MA 02116
Bar Number: _____

## U.S. Attorney Information:

AUSA   Susan M. Poswistilo          Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No          List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

## Location Status:

**Arrest Date:** 3/15/2005

☒ Already in Federal Custody as   pretrial detainee   in   USMS
☐ Already in State Custody _____          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   One

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/31/2005          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse          05CR 10090 PBS

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Francisco Garcia

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/952(a), 960(a) | Importation of Heroin | 1 |
| Set 2  21/853 | Criminal Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: