```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIMINAL NO. |
| | ) | 05-10090-PBS |
| v. | ) | |
| | ) | |
| **FRANCISCO GARCIA,** | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MEMORANDUM RE: INITIAL STATUS CONFERENCE

The United States of America and Defendant Francisco Garcia, by their undersigned counsel, respectfully submit the following status report regarding the above-captioned matter:

**A.    Local Rule 116.5(A)(1)**

*Whether relief should be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3*

Discovery has not been completed in this case. As a result, the parties request an additional two week period provided for in Local Rule 116.3.

**B.    Local Rule 116.5(A)(2)**

*Whether the defendant requests discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E). If the defendant requests the disclosure required by Fed. R. Crim. P. 16(a)(1)(E), what date should be established for response by the government and what date should be established for reciprocal discovery from the defendant concerning expert witnesses required under Fed. R. Crim. P. 16(b)(1)(C).*

The government has provided the defendant with the chemist's report regarding the seized heroin. The defendant does not request expert discovery.

C.  **Local Rule 116.5(A)(3)**

*Whether a party anticipates providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.*

The government anticipates the receipt of additional discovery, namely the return of the cell phone search warrant. The government also intends to provide the defendant with copies of seized documents.

D.  **Local Rule 116.5(A)(4)**

**Whether a motion date should be established under Fed. R. Crim. P. 12(c)**

A motion date is not required.

F.  **Local Rule 116.5(A)(5)**

*What periods of excludable delay should be ordered under the Speedy Trial Act at the time of the conference*

The defendant was arraigned on April 19, 2005, and pursuant to the provisions of Local Rule 112.2, the period of time from April 19, 2005, through and including May 17, 2005, has been excluded from the provisions of the Speedy Trial Act.  The parties agree that the time between May 17, 2005, and the date of the final status conference should be excluded pursuant to 18 U.S.C. § 3161((h)(8)(A).

G.  **Local Rule 116.5(A)(6)**

*Whether a trial is anticipated and, if so, its anticipated length.*

A trial in this matter is not anticipated.

**H.    Local Rule 116.5(A)(7)**

*What date should be established for the Final Status Conference and/or any Interim Status Conference.*

A final status conference should be scheduled within the next 45 days.

```
COUNSEL FOR DEFENDANT           MICHAEL J. SULLIVAN
                                United States Attorney


 /s/ James Budreau         By: /s/ Susan M. Poswistilo
JAMES BUDREAU                   SUSAN M. POSWISTILO
                                Assistant U.S. Attorney
```