UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10090-PBS

UNITED STATES OF AMERICA

v.

FRANCISCO GARCIA

## FURTHER ORDER ON EXCLUDABLE TIME

May 31, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 17, 2005 through July 21, 2005,

the period between the expiration of the initial order on excludable time and the final status conference.

Based upon the prior order of the court dated April 19, 2005 and this order, as of July 21, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge