UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIMINAL NO. |
| | ) | 05-10090-PBS |
| v. | ) | |
| | ) | |
| **FRANCISCO GARCIA,** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MEMORANDUM RE: FINAL STATUS CONFERENCE**

The United States of America and Defendant Francisco Garcia, by their undersigned counsel, respectfully submit the following status report regarding the above-captioned matter:

**A.   Discovery**

Discovery is completed and no additional discovery is anticipated, other than that required by Local Rule 116.2(B)(2) (21 day discovery).

**B.   Defense of Insanity/Public Authority/Notice of Alibi**

The defendant does not anticipate raising a defense of insanity or public authority. The government requested notice of alibi on May 31, 2005. The defendant does not intend to raise an alibi defense.

**C.   Motions**

No motions are filed or anticipated.

**D.   Schedules**

No matters other than a trial date need to be scheduled.

E.   **Speedy Trial**

Based upon prior orders of this Court, the Court has excluded all time until July 21, 2005.  No days have expired under the Speedy Trial Act.

F.   **Trial**

The government expects that it will take two trial days to present its case-in-chief.

| COUNSEL FOR DEFENDANT | | MICHAEL J. SULLIVAN<br>United States Attorney |
|---|---|---|
| /s/ James Budreau<br>JAMES H. BUDREAU | By: | /s/ Susan M. Poswistilo<br>SUSAN M. POSWISTILO<br>Assistant U.S. Attorney |