UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05-10090-PBS

UNITED STATES OF AMERICA

v.

FRANCISCO GARCIA

**FINAL STATUS REPORT**

July 21, 2005

DEIN, M.J.

A final status conference was held before this court on July 21, 2005. Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It is likely that the defendant will enter a plea, but no agreement has yet been reached.

2. Discovery is completed.

3. There are no outstanding discovery issues. The defendant does not anticipate filing any dispositive motions.

4. Based upon the prior order of the court dated April 19, 2005 and May 31, 2005, as of July 21, 2005 there are zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried. The court has on this date entered a further order on excludable time excluding the period July 21, 2005 through August 12, 2005 to give the parties time to finalize a plea agreement.

5. In the event that a trial is necessary, the government anticipates that its case-in-chief would take two (2) days.

6.  The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

          / s / Judith Gail Dein
          Judith Gail Dein
          United States Magistrate Judge