UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10090-PBS

UNITED STATES OF AMERICA

v.

FRANCISCO GARCIA

**FURTHER ORDER ON EXCLUDABLE TIME**

July 21, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 21, 2005 through August 12, 2005

to give the parties time to finalize a plea agreement.

Based upon the prior orders of the court dated April 19, 2005, May 31, 2005 and this order, as of August 12, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge