UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.  05-10090-PBS |
| | ) | |
| FRANCISCO GARCIA, | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as substitute counsel for Assistant United States Attorney Susan M. Poswistilo.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     */s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney
Tel:  (617) 748-3268

August 16, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and accurate copy of the foregoing document to all counsel of record who do not automatically receive service of process via the Court's ECF filing system by depositing in the U.S. mail a copy of same in an envelope bearing sufficient postage for delivery.

*/s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney