UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 05-CR-10090-PBS |
| FRANCISCO GARCIA | ) ) ) | |

## MOTION TO WITHDRAW

Undersigned counsel moves to withdraw from the above-captioned case. As reason therefor, Assistant United States Attorney Lisa Asiaf has filed her appearance as government counsel.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              */s/ Susan M. Poswistilo*
                              SUSAN M. POSWISTILO
                              Assistant U.S. Attorney
                              United States Attorney's Office
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3267

August 17, 2005