UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
     v.                     )   Crim. No. 05-10090-PBS
                            )
FRANCISCO GARCIA            )


                    **DEFENDANT'S MOTION FOR
            REDUCED SENTENCE PURSUANT TO 18 U.S.C. §3553(a)**

   Now Comes defendant, Francisco Garcia, who respectfully files this motion requesting that the Court exercise its discretion to reduce his sentence from the advisory guideline range pursuant to Title 18 U.S.C §3553(a) and United States v. Booker, __ U.S. __, 125 S.Ct. 738 (2005) In support of this request, defendant submits that:

   1.  This request is reasonable and consistent with the public policy statements of the United States Sentencing Commission.  Id at 767.  See also §3553(a)(2).

   2.  The "nature and circumstances of the offense and the history of the defendant", support this requested reduction. See Title 18 U.S.C. §3553(a)(1).  Additionally, his request is consistent with the public policy statements of the United States Sentencing Commission given the low likelihood that he will re-offend, the high probability of rehabilitation and the fact that there is no identifiable need to protect society from Mr. Garcia.  See §3553(a)(2) and United States v. Najera-Morales, 141 Fed. Appx. 749, 753 (10th Cir. 2005)(defendant's acceptance of responsibility and potential for rehabilitation satisfied §3553(a)(2)(C) factor for sentence reduction as there was no need

to protect society against further crimes by defendant). The following facts support this request for a reduced sentence: (a) his motivations for his having committed the crime[1]; (b) his history of full employment; (c) his background of relative poverty; (d) his lack of criminal history; (e) his limited role in the instant offense compared to the high risk he was taking by swallowing heroin (the lack of thoughtful contemplation as to the risks); and (f) the fact that he will be deported after he serves his sentence.

3. Defendant incorporates and attaches by reference his Sentencing Memorandum and Memorandum in Support of Motion for Reduced Sentence Pursuant to 18 U.S.C. §3553(a) in support of this request and refers to the additional reasons cited in the memorandum as supporting this request.

Wherefore, defendant moves this Court to reduce his advisory guideline sentence for the foregoing reasons pursuant to Title 18 U.S.C. §3553(a).

> Submitted By
> Francisco Garcia's Attorney
>
>
> James Budreau /S/
> James Budreau, Bar# 559931
> 20 Park Plaza Suite 905
> Boston, MA 02116
> (617)227-3700

---

[1] These motivations ranged from helping his mother pay off a lien against her house to providing support for his children.